■ ROBERT H. VANDERBILT, Respondent, v. HENRIETTA VANDERBILT, Appellant.— Motion by appellant for a stay of trial, pending appeal, granted. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CHRISTINA VITALIANO, Respondent, v. ARTHUR A. KNAPP, Appellant. — Motion by appellant for a stay of all proceedings upon a judgment for $37,485.25 against him, pending appeal therefrom, granted on condition that, within 10 days after entry of the order hereon: (1) appellant shall deposit with the County Clerk of Westchester County, a sum equal to the total of the following three items: the amount of the judgment, an amount equal to six months' interest on the judgment, and $500 for costs (Civ. Prac. Act, §§ 615, 613, 594, 593, 564); and (2) appellant shall give written notice of such deposit to the respondent. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CHRISTINA VITALIANO, Respondent, v. ARTHUR A. KNAPP, Appellant, et al., Defendant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 1, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LILLIAN YABLON, Respondent, v. RUBIN YABLON et al., Appellants.— Motion by appellants for a stay of their examination before trial, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before April 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Application of THOMAS WELDON CHRISTOPHER for Admission to Practice as an Attorney (From the States of Georgia and Alabama). Application granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of the Application of PAUL B. JESSUP for Admission to Practice as an Attorney (From the State of Idaho). Application granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (March 30, 1961)

■ ROSS A. BAER et al., Appellants, v. P. R. S. REALTY CORP. et al., Defendants, and SIGMUND P. SCHWARTZ, Respondent.— Motion by appellants to stay the cancellation of a notice of pendency of action, or for other relief, pending appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN SMITH, Appellant.— Motion by appellant to enlarge time to perfect his appeal granted; time enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.